FILED

NOV 12 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON L. MATHENY,

Defendant.

CR 19–31–M–DLC

ORDER

This Court ordered that Defendant Matheny seek leave of Court if he wished to file more than ten letters of support in advance of his November 22, 2019 sentencing. (Doc. 11 at 3.) Pursuant to that Order, now before the Court is his Motion for Leave to File Additional Letters of Support, in which Matheny seeks to file an additional twenty letters of support. (Doc. 18.)

Matheny asserts that the additional letters "speak best to [his] personal history and characteristics"—factors that the Court must consider under 18 U.S.C. § 3553(a)(1). (Doc. 18 at 2.) To that end, Matheny's counsel represents that he intends to rely solely on the letters to inform the Court's consideration of that subsection. (*Id.*) The Court notes that many of the letters provide cumulative, rather than additional, information. However, out of respect for the letters' authors and in light of the lack of opposition from the United States, the Court will allow Matheny leave to file the additional twenty letters, for a total of thirty letters.

Accordingly, IT IS ORDERED that the motion (Doc. 18) is GRANTED. Defendant Matheny is granted leave to file no more than thirty (30) letters in support with his sentencing memorandum. All other provisions of this Court's Order dated August 13, 2019 (Doc. 11) remains in full force and effect.

DATED this 12th day of November, 2019.

Dana L. Christensen

Dana L. Christensen, Chief Judge
United States District Court