IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19–31–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JASON L. MATHENY, | |
| Defendant. | |

This Court sentenced Defendant Jason L. Matheny on November 22, 2019. The Court has since become aware that it erroneously failed to order the priority of payment for restitution victims.

Accordingly, IT IS ORDERED that an amendment judgment shall be prepared and filed. The amended judgment shall provide that individual victims shall be made whole before payment is made to any insurer.

DATED this 27th day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1