IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. MATHENY,<br><br>Defendant. | CR 19–31–M–DLC<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion for an Order to Deposit Funds into the Court Registry (Doc. 52) and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion (Doc. 52) is GRANTED;

2. Stewart Title of Southwestern Montana, LLC shall send full payment of $448,965.36 to the Clerk of Court;

3. That the Clerk of Court shall deposit the $448,965.36 with the Court Registry Investment System Liquidity Fund in an interest bearing account;

4. That the Administrative Office of the U.S. Courts will deduct its fee, not to exceed the amount authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, from the income earned on the investment whenever such

incomes become available for deduction and without further order of the Court; and

5. That the Clerk of Court shall hold such funds until further order of the Court directing distribution.

DATED this 6th day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court