IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. MATHENY,<br><br>Defendant. | CR 19–31–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's motion to apply distributed LLC proceeds to restitution. (Doc. 56.) Through the motion, the United States requests that the Court apply the proceeds on file with the Clerk of Court to Defendant's restitution, pursuant to 18 U.S.C. §§ 3613 and 3664. (*Id.* at 1.) Neither Defendant nor his spouse object to the motion. (*Id.*) Based on the documents filed in this case and the information presented in the motion, the Court finds and concludes the following:

1. Defendant formed and organized Montana Development & Investment Co., LLC, on June 26, 2013.

2. On November 22, 2019, this Court ordered Defendant to pay restitution to his victims in the total amount of $994,521.16. (Doc. 24.) As of the date of the Motion, Defendant's outstanding restitution balance was $911,463.58.

1

3. The parties stipulated to the payment of the $448,965.36 distributed from Montana Development & Investment Co., LLC, to Defendant's restitution, as well other terms of performance. (*See* Doc. 58.)

4. Kelli Matheny had sufficient opportunity to seek legal counsel as to the matter before the Court and did seek such counsel or voluntarily declined to do so.

Based on the foregoing and for good cause showing,

IT IS ORDERED that:

A. The motion (Doc. 56) is GRANTED;

B. The Clerk of Court shall withdraw the $448,965.36, plus all accrued interest, from the CRIS Liquidity Fund and shall apply the full balance, plus all accrued interest, to Defendant's outstanding restitution balance; and distribute to the victims accordingly;

C. Defendant and Kelli Matheny shall file all required 2025 tax returns no later than March 1, 2026, and shall comply with all federal tax laws and the terms of the Stipulation; and

D. On or before May 16, 2025, the United States shall show cause as to why the pending petition for summons for offender under supervision (Doc. 31) should not be dismissed.

DATED this 12th day of May, 2025.

2

Dana L. Christensen, District Judge
United States District Court