IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. MATHENY,<br><br>Defendant. | CR 19–31–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for an Order to Deposit Funds into the Court Registry. (Doc. 65.) The United States received approval prior to filing pursuant to District of Montana Local Rule 67.1(b).

Accordingly, IT IS ORDERED that:

1. Alliance Title & Escrow, LLC shall send full payment of $300,700.18 to the Clerk of Court;

2. The Clerk of Court shall deposit the $300,700.18 into the Treasury Registry Fund; and

3. The Clerk of Court shall hold such funds until further order of the Court directing distribution.

DATED this 24th day of September, 2025.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court