IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. MATHENY,<br><br>Defendant. | CR 19–31–M–DLC<br><br><br><br>ORDER |

Upon the United States of America's Amended Motion for an Order to Deposit Funds into the Court Registry (Doc. 67) and good cause appearing,

IT IS HEREBY ORDERED that:

1. Alliance Title & Escrow, LLC shall send full payment of $300,621.23 to the Clerk of Court;

2. The Clerk of Court shall deposit the $300,621.23 into the Treasury Registry Fund; and

3. The Clerk of Court shall hold such funds until further order of the Court directing distribution.

DATED this 30th day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1