IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. MATHENY,<br><br>Defendant. | CR 19–31–M–DLC<br><br><br><br>ORDER |

The Court held a hearing on the pending petition to revoke in the above-captioned matter in which the Defendant was examined under oath.

IT IS ORDERED that Defendant shall make monthly restitution payments at the rate of $500.00 per month, or as otherwise directed by the United States Attorney's Office.

IT IS FURTHER ORDERED that the pending petition (Doc. 69) is DISMISSED.

DATED this 20th day of November, 2025.

Dana L. Christensen, District Judge
United States District Court

1